DONALD J. QUERIO (State Bar No. 54367)
JON D. IVES (State Bar No. 230582)
jdi@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIJITH KARIGUDDAIAH,<br><br>          Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, WESTERN SECURITY MORTGAGE, AND DOES 1-100,<br><br>          Defendants. | Case No.: 09-cv-05716-MHP<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR CONDUCTING MEDIATION CONFERENCE**<br><br>Date:     N.A.<br>Time:    N.A.<br>Ctrm.:    15, Floor 18<br>Judge:   Hon. Marilyn Hall Patel<br><br>Complaint filed: September 23, 2009 |

    Plaintiff Abijith Kariguddaiah and defendant Wells Fargo Bank, N.A. respectfully request that the Court extend the deadline for conducting the mediation conference currently scheduled for June 8, 2010. The parties jointly request that the date for the conference be reset to November 19, 2010.

    All parties actively involved in this litigation concur in this request. (Because it filed a Declaration of Non-Monetary Status pursuant to California Civil Code § 2924l on December 7, 2009, defendant First American LoanStar Trustee Services has submitted that it is a non-party to this action). The Mediator, Mr. John Skelton, also believes that resetting the final date for conducting mediation is the best course of action.

This is the first request for an extension of time to conduct the mediation conference. This request is being made because the plaintiff expects his financial situation to stabilize and substantially improve in the month of June. The plaintiff further believes that once this happens, the parties will be better able to assess his financial condition which will in turn improve the chances of the parties potentially resolving this matter.

If the Court approves this joint motion, the parties submit a proposed order for the Court's consideration.

DATED: June 1, 2010

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ *Jon D. Ives*_____
        Jon D. Ives

Attorneys for Defendant
Wells Fargo Bank, N.A.

Attestation Pursuant to General Order 45
   I, Jon D. Ives, attest that concurrence in the filing of this document has been obtained from each of signatories.
   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____Jon D. Ives_____
Jon D. Ives

DATED: June 1, 2010

MICHAEL ROONEY LAW OFFICE

By: _____/s/ *Michael Patrick Rooney*_____
        Michael Patrick Rooney

Attorneys for Plaintiff
Abijith Kariguddaiah

1  DONALD J. QUERIO (State Bar No. 54367)
   JON D. IVES (State Bar No. 230582)
2  jdi@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   Wells Fargo Bank, N.A.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ABIJITH KARIGUDDAIAH,                    Case No.: 09-cv-05716-MHP

12              Plaintiff,                  [PROPOSED] ORDER GRANTING THE
                                            PARTIES' JOINT MOTION TO EXTEND TIME
13     vs.                                  TO CONDUCT MEDIATION CONFERENCE

14 WELLS FARGO BANK, N.A.; WELLS FARGO
15 HOME MORTGAGE; FIRST AMERICAN LOANSTAR
   TRUSTEE SERVICES, WESTERN SECURITY
16 MORTGAGE, AND DOES 1-100,

17              Defendants.

18

19     Pursuant to the joint motion submitted by Plaintiff Abijith Kariguddaiah and Defendant

20 Wells Fargo Bank, N.A., and good cause appearing, IT IS HEREBY ORDERED that the parties

21 shall conduct a mediation conference no later than November 19, 2010.

22     IT IS SO ORDERED.

23

24 DATED:  __6/3/2010_____

25                                          _____
26                                          The Honorable
                                            United States
27                                          [Seal: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court, Northern District of California]
28

07685/0470/815187.1                         [PROPOSED] ORDER EXTENDING. DEADLINE TO CONDUCT MEDIATION
                                            Case No.: 09-cv-05716-MHP