1  MICHAEL PATRICK ROONEY, ESQ (State Bar No. 248491)
   MICHAEL ROONEY LAW OFFICE
2  580 California Street FL 16
   San Francisco, CA  94104
3  Telephone:  (415) 533-0282
   Facsimile:  (415) 704-3321
4
   Attorneys for Plaintiff
5  Abijith Kariguddaiah

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | ABIJITH KARIGUDDAIAH,                          | Case No.: 09-cv-05716-MHP
   |          Plaintiff,                            | **REQUEST FOR DISMISSAL**
12 |     vs.                                        |
   |                                                | Complaint filed: September 23, 2009
13 | WELLS FARGO BANK, N.A.; WELLS FARGO            |
   | HOME MORTGAGE; FIRST AMERICAN                  |
14 | LOANSTAR TRUSTEE SERVICES, WESTERN             |
   | SECURITY MORTGAGE, AND DOES 1-100,             |
15 |                                                |
   |          Defendants.                           |
16

17                    **REQUEST FOR DISMISSAL**

18   Plaintiff requests that the entire case be dismissed against all parties.

19

20

21

22

23

24

25

26

27

28

---

07685/0470/794913.1                                     REQUEST FOR DISMISSAL
                                                        Case No.:  09-cv-05716-MHP

- 2 -

| | |
|---|---|
| 1  DATED:  May 12, 2011 | MICHAEL ROONEY LAW OFFICE |

By: /S/<u>Michael Patrick Rooney</u>
Michael Patrick Rooney
Attorneys for Plaintiff
Abijith Kariguddaiah

[~~Proposed~~] ORDER

IT IS HEREBY ORDERED THAT:

The above-captioned case is dismissed.

DATE:  5/23/2011

IT IS SO ORDERED

Judge Marilyn H. Patel

The Honorable Marilyn H. Patel,
United States District Judge

- 2 -

REQUEST FOR DISMISSAL
Case No.:  09-cv-05716-MHP